```
               UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

```
SHUNDRA BRADLEY,              )
                              )
     Plaintiff,               )
                              )
v.                            )   No. 2:13-cv-02632-JPM-dkv
                              )
ERIC K. SHINSEKI,             )
SECRETARY, DEPARTMENT         )
OF VETERAN AFFAIRS,           )
                              )
     Defendant.               )
```

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Complaint by Plaintiff (ECF No. 1), filed August 15, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting the Motion to Dismiss (ECF No. 24) filed April 23, 2014, all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:


/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

April 23, 2014
Date